1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

LAWRENCE TILLOTSON,  )
                     )  Civil Action No. 1:04-CV-6188 OWW LJO
                     )
     Plaintiff,      )  STIPULATION AND ORDER
                     )
vs.                  )
                     )
JO ANNE B. BARNHART, )
Commissioner of Social )
Security,            )
                     )
     Defendant.      )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 60 day extension of time, until August 4, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, September 2, 2004, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//
//

1 | Dated: June 6, 2005 /s/ Gina Fazio

2 | GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: June 7, 2005

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/Kristi C. Kapten
(As authorized via facsimile)
KRISTI C. KAPETAN

7 | Assistant U.S. Attorney

8 |     IT IS SO ORDERED.

9 | **Dated:   June 29, 2005**             **/s/ Lawrence J. O'Neill**
66h44d                    UNITED STATES MAGISTRATE JUDGE