IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TILLOTSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6188 OWW LJO<br><br>ORDER TO COMPLY WITH SCHEDULING ORDER REQUIREMENTS FOR OPENING BRIEF |

The August 4, 2005 opening brief of plaintiff Lawrence Tillotson ("plaintiff") fails to include sufficient information and argument to substantially comply with paragraph 11 of the September 4, 2004 Scheduling Order to subject the opening brief to striking. As such, this Court ORDERS plaintiff, no later than August 31, 2005, to file and serve a new opening brief to comply with paragraph 11 of the September 4, 2004 Scheduling Order. Defendant Jo Anne B. Barnhart, Commissioner of Social Security, need not respond to plaintiff's August 4, 2005 opening brief. **This Court admonishes plaintiff that failure to comply timely with this order and to file an appropriate new opening brief will result in this Court's recommendation to dismiss this action.**

IT IS SO ORDERED.

**Dated:   August 10, 2005**　　　　　　　　　/s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE