1 | Gina Fazio, Esq. #225178
2 | Law Offices of Jeffrey Milam
    P.O. Box 26360
3 | Fresno, California 93729
    (559) 264-2800
4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| LAWRENCE TILLOTSON, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:04-CV-6188 OWW LJO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 20 day extension of time, until September 20, 2005, in which to Refile and serve Plaintiff's Opening brief due to attorney's case load. All remaining actions under the scheduling order filed, September 2, 2004, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /

1 | Dated: August 31, 2005 /s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: September 2, 2005

MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 2, 2005**            **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE