McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TILLOTSON,          ) | 1:04-cv-6188 OWW LJO |
|                             ) | |
|          Plaintiff,         ) | STIPULATION AND ORDER |
|                             ) | TO EXTEND TIME |
|                             ) | |
|          v.                 ) | |
|                             ) | |
| JO ANNE B. BARNHART,         ) | |
| Commissioner of Social       ) | |
| Security,                   ) | |
|                             ) | |
|          Defendant.         ) | |
| _____) | |

The parties, through their respective counsel, stipulate

that defendant's time to respond to plaintiff's opening brief be

extended from October 24, 2005 to November 29, 2005,

///

///

///

///

///

///

1

1    This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

5                               Respectfully submitted,
6
7 Dated: October 20, 2005
8
                                /s/ Gina M. Fazio
9                               (As authorized via facsimile)
                                /s/ GINA M. FAZIO
10                              Attorney for Plaintiff
11
12 Dated: October 24, 2005     McGREGOR W. SCOTT
                                United States Attorney
13
14
                                /s/ Kristi C. Kapetan
15                              KRISTI C. KAPETAN
                                Assistant U.S. Attorney
16
17      IT IS SO ORDERED.
18 **Dated:    October 24, 2005          /s/ Lawrence J. O'Neill**
19 66h44d                       UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28
                                  2