IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE M. TILLOTSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 04-6188 OWW LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 27.) |

**INTRODUCTION**

Plaintiff Lawrence M. Tillotson ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§401-433. After review of the Administrative Record and the parties' papers, the magistrate judge issued June 14, 2006 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision to deny plaintiff disability insurance benefits or to remand for further proceedings. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

1

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's June 14, 2006 findings and recommendations; and

2. DIRECTS this Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Lawrence M. Tillotson and to close this action.

IT IS SO ORDERED.

**Dated:   July 3, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE